IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RANDELL PATRICK, | § | |
| | § | No. 345, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. S0904018631 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 31, 2018
Decided: September 7, 2018

**<u>ORDER</u>**

On July 9, 2018, the appellant filed a notice of appeal from a Superior Court order denying his motion for sentence modification. The Senior Court Clerk directed the appellant to pay the filing fee or file a motion to proceed *in forma pauperis* by July 24, 2018. The appellant requested an extension to file a motion to proceed *in forma pauperis*, which the Court granted until August 8, 2018. After the appellant failed to file a motion to proceed *in forma pauperis* by August 8, 2018, the Chief Deputy Clerk issued a notice on August 15, 2018, directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the filing fee or to file a motion to proceed *in forma pauperis*. The appellant received the notice to show cause by August 20, 2018, but has not responded within the required

ten-day period, paid the filing fee, or filed a motion to proceed *in forma pauperis*. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice